### IN THE UNITED STATES COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEIDI LYNN PAES, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ANDREW M. SAUL, Commissioner of Social Security, | : | No. 20-cv-03418-RAL |
| Defendant | : | |

### ORDER

**AND NOW** this 16th day of September, 2020, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Defendant's Uncontested Motion to Remand (Doc. No. 7) and Plaintiff's Request for Review (Doc. No. 1) are **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

        *s/Richard A. Lloret*
        RICHARD A. LLORET
        U.S. Magistrate Judge